UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 17-8243 DSF (SKx) | Date | 1/23/18 |
|---|---|---|---|
| Title | Department of Fair Employment and Housing v. Coca-Cola Refreshments USA, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Motion to Remand (Dkt. No. 17, 23, 27)[1]

This case is indistinguishable legally and factually from <u>Department of Fair Employment and Housing v. Lucent Tech., Inc.</u>, 642 F.3d 728 (9th Cir. 2011). Therefore, the motion to remand is DENIED.

IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for January 29, 2018 is removed from the Court's calendar.