1
2
3
4
5
6
7
8
9
10
11
## UNITED STATES DISTRICT COURT
12
## CENTRAL DISTRICT OF CALIFORNIA
13
14 | DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, an agency of the State of California,

15

16         Plaintiff,

17

18         vs.

19 COCA-COLA REFRESHMENTS USA, INC. (aka BCI COCA-COLA

20 BOTTLING COMPANY OF LOS ANGELES aka BCI COCA-COLA

21 BOTTLING CO.), and DOES ONE through 10, inclusive,

22         Defendants.

23 DIANE GANT,

24         Real Party in Interest.

25

26

27

28

CASE NO. 2:17-cv-08243-DSF-SK

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

## <u>ORDER</u>

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Department of Fair Employment and Housing ("Plaintiff") and Defendant Coca-Cola Refreshments USA, Inc. ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED.**

DATE: ___May 14, 2019___

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE